IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRANDON D. BRADLEY SR.,

    Plaintiff,

v.

                              Case No.  21-cv-468-jdp

DEP. ZAHN, MENTAL HEALTH DOES 1–10,
CLASSIFICATION DOES 1–10, NURSE DOES
1–15, DEP. DOES (ALL WHITE) 1–30, DEP.
MARSHALL, DEP. HAUG, DEP. MENDOZA,
DEP. JANE DOE #31, DEP. TAPIA, and NURSE
LING,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 7/30/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |